FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>OSCAR CHAVEZ-GARCIA,<br><br>          Defendant. | No. 4:21-CR-06030-MKD<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT<br><br>**ECF No. 83** |

Before the Court is the United States' Oral Motion to Dismiss Indictment. ECF No. 83. On November 29, 2023, the Court held a Pretrial Conference in this matter, at which the United States moved to dismiss the Indictment, ECF No. 1. Fed. R. Crim P. 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." The Court has reviewed the record and the motion and finds good cause grant leave to dismiss the Indictment.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Oral Motion to Dismiss Indictment, **ECF No. 83**, is **GRANTED.**

ORDER – 1

2.	The Indictment, **ECF No. 1**, is **DISMISSED WITH PREJUDICE**.

3.	All pending deadlines and hearings, if any, are **STRICKEN**, and all pending motions, if any, are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel, the United States Probation Office, the United States Marshals Service and **CLOSE** the file.

**DATED** November 30, 2023.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 2